JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| JENNIFER GANDEE, | Case No. 5:25-cv-02595-KK-ADS |
| Plaintiff, | |
| vs. | |
| FRANK BISIGNANO<br>Commissioner of Social Security, | ORDER OF REMAND |
| Defendant. | |

Based upon the parties' Stipulation to Remand for Further Proceedings

ORDER OF REMAND                    Page 1

Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: January 30, 2026

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND                           Page 2