UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JENNIFER GANDEE,<br><br>          Plaintiff,<br><br>     vs.<br><br>FRANK BISIGNANO<br>Commissioner of Social Security,<br><br>          Defendant. | Case No. 5:25-cv-02595-KK-ADS<br><br><br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Remand for Further

JUDGMENT OF REMAND                    Page 1

Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: February 5, 2026

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE